IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM KARASEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-cv-208-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file his brief (doc. # 13). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 13) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from September 3, 2008 until **October 3, 2008.**

Done this 2nd day of September, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE